# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

September 4, 2019

Before

WILLIAM J. BAUER, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

AMY J. ST. EVE, *Circuit Judge*

No. 18-2932

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff-Appellee*, | Appeal from the United States District<br>Court for the Central District of Illinois. |
| *v.* | No. 4:17-CR-40062 |
| STEVEN A. ADAMS,<br>*Defendant-Appellant*. | **James E. Shadid**,<br>*Judge*. |

### O R D E R

Upon consideration of the **MOTION TO CORRECT OPINION**, filed on August 20, 2019, by counsel for the plaintiff-appellee United States of America,

**IT IS ORDERED** that the motion is **GRANTED**. On page sixteen, the first full paragraph is **CORRECTED** to read: "Following this surviving portion of *Raupp*, as applied to inchoate controlled substance offenses, we find no error in the district court's use of a base offense level of 20 under § 2K2.1(a) of the Sentencing Guidelines."